UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:
    Keith M. Pearson

Case No. 18-50444-mlo
Chapter 13
Hon. Oxholm

Debtor(s).
_____/

## MOTION TO ORDER THE EXTENSION OF THE AUTOMATIC STAY AS TO ALL CREDITORS

NOW COMES the Petitioner, by and through his attorney, MORRIS B. LEFKOWITZ, and moves unto this Honorable Court to extend the Automatic Stay under 11USC 362(c)(3)(B) this case for the following reasons:

1. Petitioners filed a Chapter 13 Petition in this matter on or about July 27, 2018.
2. The debtors previously filed a Chapter 13 case which was filed on November 15, 2016 and dismissed July 11,2018
3. The previous case was dismissed because debtor changed jobs and initially could not keep up with the payments
4. He now has steady employment at his current employed and works a second job as well to supplement his income.
5. 11 USC 362(c)(3)(B) provides that the court may extend the Automatic Stay past 30 days if it finds that the present case is filed in good faith as to the creditors being stayed.
6. The debtor has had a change because he has 2 new jobs,
7. The debtor has the resources and ability to make the payments under this plan and submit this case in good faith.

WHEREFORE, Petitioner prays that this Honorable Court will order the extension of the Automatic Stay under 11USC 362(c)(3)(B) to take effect as to all creditors upon the entry of this order.

LAW OFFICES OF MORRIS B. LEFKOWITZ

/s/ Morris B. Lefkowitz
MORRIS B. LEFKOWITZ (P 31335)
Attorney for Debtor
24100 Southfield Rd., Ste 203
Southfield, MI 48075
(248) 559-0180
Mbl44@aol.com

Dated: 8/1/2018

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

    Keith M. Pearson

Case No. 18-50444-mlo
Chapter 13
Hon. Oxholm

Debtor(s).
_____/

## AFFIDAVIT

**STATE OF MICHIGAN** )
                           ) ss.
**COUNTY OF OAKLAND** )

I Keith M. Pearson, being first duly sworn, depose and states as follows:

1. That I am the debtor in this matter.
2. I filed a Chapter 13 bankruptcy on July 27, 2018.
3. My last case was filed November 15, 2016 and dismissed July 11, 2018
4. During my last case I changed jobs in the middle of the case and it was hard to initially keep up with the payments.
5. I am now working steady at my new job and I have a second job to supplement my income as well.
6. The purpose of the filing of the bankruptcy is to save my home.
7. My income is sufficient for me to make my plan payments.

I declare under penalty that I have read the foregoing Affidavit and that it is true and accurate to the best of my knowledge, information and belief.

                                     /s/ Keith M. Pearson_____
                                     Keith M. Pearson

Subscribed and sworn to before me
This 1st day of August 2018


__/s/ Eriola Suli_____
Eriola Suli, Notary
Oakland County, Michigan
My Commission Expires: 5-29-24

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:
    Keith M. Pearson                                   Case No. 18-50444-mlo
                                                          Chapter 13
                                                          Hon. Oxholm

    Debtor(s).
_____/

## ORDER TO EXTEND THE AUTOMATIC STAY AS TO ALL CREDITORS

**WHEREAS,** upon hearing and filing of the Motion to Order the Extension of the Automatic Stay with all interested parties having been served under LBR 9014-1, and no objections having been filed, and the Court being fully advised as to the premises;

**IT IS HEREBY ORDERED** that this Honorable Court will Order the Extension of the Automatic Stay pursuant to 11 USC 362 (c)(3)(b)

**"Exhibit A"**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
Keith M. Pearson

Case No: 18-50444
Chapter: 13
Hon. Oxholm

Debtor(s).
_____/

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN     )
                      )ss.
COUNTY OF OAKLAND     )

   MORRIS B. LEFKOWITZ, being first duly sworn, deposes and says that on the 2nd day of __August__, 2018 he did serve a copy of the Motion to Order the Extension of the Automatic Stay as to all Creditors, Proposed Order, and Certificate of Service, in said case upon the following parties by depositing said copies in the U.S. Mail, postage prepaid, properly addressed as follows:

Trustee:         Tammy L. Terry, Chapter 13 Trustee, 535 Griswold, Suite 2100, Detroit, MI 48226

And to all Creditors listed on the attached matrix

                                              /s/ Morris B. Lefkowitz
                                              MORRIS B. LEFKOWITZ (P31335)
                                              Attorney for Debtor
                                              24100 Southfield Rd., Suite 203
                                              Southfield, MI 48075
                                              248-559-0180
                                              mbl44@aol.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 18-50444-mlo<br>Eastern District of Michigan<br>Detroit<br>Thu Aug  2 13:45:28 EDT 2018 | Capital One Auto Finance<br>3905 North Dallas Parkway<br>Plano, TX 75093-7892 | City of Detroit<br>Finance Department<br>644 C.A.Y.M.C Bldg<br>2 Woodward Ave.<br>Detroit, MI 48226-3442 |
| Department of Treasury<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Detroit Bio Medical Labroratories<br>23955 Freeway Park Drive<br>Farmington, MI 48335-2817 | Fay Servicing<br>PO Box 88009<br>Chicago, IL 60680-1009 |
| GC Services Limited Partnership<br>Collection Agency Division<br>6330 Gulfton<br>Houston, TX 77081-1108 | Genesis Credit<br>PO Box 4477<br>Beaverton, OR 97076-4401 | IC System<br>PO Box 64437<br>Saint Paul, MN 55164-0437 |
| Morris B. Lefkowitz<br>24100 Southfield Rd.<br>Suite 203<br>Southfield, MI 48075-2851 | Makower Abbate Guerra<br>Wegner Vollmer<br>23201 Jefferson Avenue<br>Saint Clair Shores, MI 48080-1973 | Michigan Department of Treasury<br>Office of Collections<br>P.O. Box 30199<br>Lansing, MI 48909-7699 |
| Navient<br>PO Box 9635<br>Wilkes Barre, PA 18773-9635 | Oakland County Register of Deeds<br>1200 N Telegraph Rd<br>Pontiac, MI 48341-0480 | Keith M Pearson<br>2410 West Lafayette Blvd.<br>Unit 27<br>Detroit, MI 48216-1834 |
| Portfolio Recover Associates LLC<br>P.O. Box 12914<br>Norfolk, VA 23541-0914 | Potestivo & Associates, P.C.<br>251 Diversion Street<br>Rochester Hills, MI 48307-2209 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Richard Rowhouses Association<br>23201 Jefferson Avenue<br>Saint Clair Shores, MI 48080-1973 | Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226-3681 | U.S. Attorney<br>Attn:Civil Division<br>Internal Revenue Sevice<br>211 W. Fort St., Suite 2001<br>Detroit, MI 48226-3220 |
| Wilminton Savings Fund Society, FSB<br>dba Christiana Trust<br>500 Delaware Avenue<br>Wilmington, DE 19801-1490 | End of Label Matrix<br>Mailable recipients     21<br>Bypassed recipients      0<br>Total                   21 | |