# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

IN RE:                                                   CHAPTER 13
Keith M. Pearson                            CASE NO. 18-50444-mlo
                                                                              JUDGE: Oxholm

            Debtor(s).
_____/

## ORDER TO EXTEND AUTOMATIC STAY AS TO ALL CREDITORS

      **WHEREAS,** upon hearing and filing of the Motion to Order the Automatic Stay with all interested parties having been served under LBR 9014-1, and no objections having been filed, and the Court being fully advised as to the premises;

      **IT IS HEREBY ORDERED** that this Honorable Court will Order the Entry of the Automatic Stay pursuant to 11 USC 362 (c)(4)(b)

      **IT IS FURTHER HEREBY ORDERED** that Debtor shall be 100% current with their Chapter 13 plan payments one week prior to any confirmation hearing or Debtor's Case may be dismissed upon Trustee's Affidavit without notice or hearing.

      **IT IS FURTHER HEREBY ORDERED** that Debtor shall be 100% current with their Chapter 13 plan payments one week prior to the original confirmation hearing or Debtor's Case may be dismissed upon Trustee's Affidavit without notice or hearing.

**Signed on August 23, 2018**

                                                                    /s/ Maria L. Oxholm
                                                                     **Maria L. Oxholm**
                                                                      **United States Bankruptcy Judge**