UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Keith M. Pearson
                                                /

CASE NO:18-50444-mlo
JUDGE: OXHOLM
CHAPTER: 13

## POST CONFIRMATION MODIFICATION OF THE CHAPTER 13 PLAN
## PURSUANT TO L.B.R.3015-2(b) AND F.R.Bankr.P. 3015(g)

Debtor has filed papers with the court to seek a modification of the Chapter 13 Plan as follows:
1. **Extend plan to 76 months**
2. **Excuse payment into the plan $14,516.00 because the debtor was off work and had a reduction of work during COVID-19**
3. **THE PROPOSED PLAN AS MODIFIED HAS THE FOLLOWING IMPACT ON THE CLASSES OF CREDITORS BEING PAID BY THE TRUSTEE AS FOLLOWS:**
   a. Class One trustee fee: none
   b. Class Two administrative claims: none
   c. Class Three secured claims stripped: none
   d. Class Four continuing claims/arrearage: none
   e. Class Five (a) secured purchase money secured interest claims equal monthly payments: none
   f. Class Five (b) other secured claims no equal monthly payments: none
   g. Class Six executory contracts/unexpired lease: none
   h. Class Seven priority unsecured claims: none
   i. Class Eight special unsecured claims: none
   j. Class Nine: general unsecured claims: none

8/25/2020
                                               /s/ Morris B. Lefkowitz
Morris B. Lefkowitz (P31335)
29777 Telegraph Rd., Ste 2440
Southfield, MI 48034
(248) 559-0180
morrie@lefkowitzlawgroup.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Keith M. Pearson

CASE NO:18-50444-mlo
JUDGE: OXHOLM
CHAPTER: 13

_____/

<u>ORDER FOR ENTRY OF</u>
<u>PLAN MODIFICATION</u>

This matter having come before this court on Post Confirmation Plan Modification.

IT IS HEREBY ORDERED that the Chapter 13 Plan is modified as follows:

1. Extend plan to 76 months
2. Excuse payment into the plan $14,516.00 because the debtor was off work and had a reduction of work during COVID-19
3. THE PROPOSED PLAN AS MODIFIED HAS THE FOLLOWING IMPACT ON THE CLASSES OF CREDITORS BEING PAID BY THE TRUSTEE AS FOLLOWS:
    a. Class One trustee fee: none
    b. Class Two administrative claims: none
    c. Class Three secured claims stripped: none
    d. Class Four continuing claims/arrearage: none
    e. Class Five (a) secured purchase money secured interest claims equal monthly payments: none
    f. Class Five (b) other secured claims no equal monthly payments: none
    g. Class Six executory contracts/unexpired lease: none
    h. Class Seven priority unsecured claims: None
    i. Class Eight special unsecured claims: none
    j. Class Nine: general unsecured claims: none

IT IS FURTHER ORDERED that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

**"Exhibit A"**

# ATTACHMENT 1

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY:

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 90,000.00 | 80,019.87 | 9,980.13 | 9,980.13 | 0.00 |
| REAL ESTATE OTHER THAN PERSONAL RESIDENCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HHG/PERSONAL EFFECTS | 2,100.00 | 0.00 | 2,100.00 | 2,100.00 | 0.00 |
| JEWELRY | 250.00 | 0.00 | 250.00 | 250.00 | 0.00 |
| CASH/BANK ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VEHICLES | 10,000.00 | 9,784.51 | 215.49 | 215.49 | 0.00 |
| OTHER (*itemize*) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Amount available upon liquidation $ 0.00

Less administrative expenses and costs $ 53.87

Less priority claims $ 13,733.65

Amount Available in Chapter 7 $ 0.00

**BSS** Bankruptcy Software Specialists
**13Network**
MORRIS LEFKOWITZ — Case Query

Tammy L. Terry Detroit MI (dtt)
Enter Case Number, Name, Social Security Number, or @1st Address Line: [ ] Go
LogOut Now

**PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 | MATTERS**

**18-50444-MLO** Keith M Pearson (xxx-xx-2863) 2410 West Lafayette Blvd. • Unit 27 • Detroit • MI • 48216 $2,470.00 MO/

| | |
|---|---|
| Recently Accessed Cases | 18-50444-MLO Keith M Pearson |
| Bar Date(s): | 10/5/2018 (has passed) 1/23/2019 (has passed) |
| Confirmed: | 10/20/2018 |
| Trustee: Tammy L. Terry | Attorney: LEFKOWITZ LAW GROUP |
| Case Status: | Active, Open Case |

The data on these pages has not been audited and is provided for general information only.

22 Month(s) since Confirmation UP = $0.00  TPI = $32,580.20  TPILR = $32,580.20  BOH = $0.00  BOH+FEES = $0.00

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE, CLs 2** | | | | | | | |
| 1 | LEFKOWITZ LAW GROUP | $5,420.00 | | $3,500.00 | | | $3,500.00 | |
| | **ARREARS,** | | | | | | | |
| 2 | ADDED CREDITOR | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| | **LEASE** | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
| | **ADM EXP CLAIM** | | | | | | | |
| 5 | ADDED CREDITOR | | | | | | | |
| | **CONT Lease, Sec or Vehicle,** | | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| | **LEASE or SECURED GAP** | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **MORTGAGE** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| | **PRIORITY** | | | | | | | |
| 11 | INTERNAL REVENUE SERVICE | $11,148.92 | | $11,148.92 | | | $11,148.92 | |
| 12 | Michigan Department of Treasury/Revenue/AG | $9,448.95 | | $9,448.95 | | | $9,448.95 | |
| 13 | ADDED CREDITOR | | | | | | | |
| 14 | ADDED CREDITOR | | | | | | | |
| | **SECURED** | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| | **VEHICLE** | | | | | | | |
| 17 | CAPITAL ONE AUTO FINANCE | $11,734.22 | | $8,775.69 | 4.0000 | $172.05 | $9,634.80 | 56 |
| 18 | CAPITAL ONE AUTO FINANCE | $175.50 | | $175.50 | | | $175.50 | |
| 19 | ADDED CREDITOR | | | | | | | |
| 20 | ADDED CREDITOR | | | | | | | |
| | **WATER BILL** | | | | | | | |
| 21 | ADDED CREDITOR | | | | | | | |
| | **ASSOCIATION DUES CONTINUING** | | | | | | | |
| 22 | RICHARD ROWHOUSES ASSOCIATION | | | | | $256.00 | $14,336.00 | |
| 23 | RICHARD ROWHOUSES ASSOCIATION | $1,536.00 | | $1,536.00 | | | $1,536.00 | |
| 24 | ADDED CREDITOR | | | | | | | |
| 25 | ADDED CREDITOR | | | | | | | |
| | **SECURED CLASS 5.1 EMPmts** | | | | | | | |
| 26 | ADDED CREDITOR | | | | | | | |
| 27 | ADDED CREDITOR | | | | | | | |
| | **VEHICLE CLASS 5.1 EMPmts** | | | | | | | |
| 28 | ADDED CREDITOR | | | | | | | |
| 29 | ADDED CREDITOR | | | | | | | |
| | **WATER CLASS 5.1 EMPmts** | | | | | | | |
| 30 | ADDED CREDITOR | | | | | | | |
| 31 | ADDED CREDITOR | | | | | | | |
| | **TAXES CLASS 5.1 EMPmts** | | | | | | | |
| 32 | ADDED CREDITOR | | | | | | | |
| 33 | ADDED CREDITOR | | | | | | | |
| | **MORTGAGE ESCROW CONTINUING** | | | | | | | |
| 34 | ADDED CREDITOR | | | | | | | |
| 35 | ADDED CREDITOR | | | | | | | |
| | **ARREARS * REVERSE MORTGAGE** | | | | | | | |
| 36 | ADDED CREDITOR | | | | | | | |
| 37 | ADDED CREDITOR | | | | | | | |
| | **M-MORTGAGE Ongoing monthly payment** | | | | | | | |
| 38 | Fay Servicing, LLC | | | | | $651.54 | $36,486.24 | |
| 39 | Fay Servicing, LLC | $3,918.76 | | $3,918.76 | | | $3,918.76 | |
| | **A-MORTGAGE ARREARS Pre-Petition** | | | | | | | |
| 40 | Fay Servicing, LLC | $10,620.66 | | $7,903.51 | | | $7,903.51 | |
| | **A -MORTGAGE ARREARS (post/pre GAP)** | | | | | | | |
| 41 | Fay Servicing, LLC | $1,829.40 | | | | | | |
| | **M-MORT Fees, Costs, and Exp(Rule 3002.1)** | | | | | | | |
| 42 | RICHARD ROWHOUSES ASSOCIATION | $381.00 | | $283.53 | | | $283.53 | |
| 43 | Fay Servicing, LLC | $900.00 | | $669.74 | | | $669.74 | |
| | **SECURED CLASS 5.3 EMPmts** | | | | | | | |
| 44 | ADDED CREDITOR | | | | | | | |
| 45 | ADDED CREDITOR | | | | | | | |
| | **ASSOCIATION DUES PRE PETITION ARREARS** | | | | | | | |
| 46 | RICHARD ROWHOUSES ASSOCIATION | $5,237.56 | | $3,897.60 | | | $3,897.60 | |
| | **ASSOCIATION DUES - GAP** | | | | | | | |
| 47 | RICHARD ROWHOUSES ASSOCIATION | $750.00 | | | | | | |
| | **NTIS ARREARS** | | | | | | | |
| 48 | ADDED CREDITOR | | | | | | | |
| 49 | ADDED CREDITOR | | | | | | | |
| | **All Unsecured Creditors** | **Total Unsecured** | | | **Percent Allowed** | | **Amount Allowed** | |
| 50 | | 20514.23 | | | 100 | | $20,514.23 | |

Change Line# [0] OK    Plan Terms [56] Calc    Unsecured % [100] Calc
Restart
Trustee's % [10]
Lump Sum $ [0.00]
Delete Line [0] OK

Due to Creditors: $1,008.38  $137,170.87
In from Debtor:   $2,470.00  $138,320.00

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| DEBTOR DIRECT | $2,470.00 | MONTHLY | $ | ? |
| Keith M Pearson | $0.00 | WEEKLY | $ | ? |

**Debtor 2 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| DEBTOR | $0.00 | WEEKLY | $ | ? |

13Network                       Your Chapter 13 Information Management System                     ©2020 BSS LLC.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Keith M. Pearson

CASE NO:18-50444-mlo
JUDGE: OXHOLM
CHAPTER: 13

_____/

## Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed chapter 13 plan modification shall be served on the following:

U.S. Bankruptcy Court, 211 W. Fort St., Suite 2100, Detroit, MI 48226

Morris B. Lefkowitz, Attorney for Debtor, 29777 Telegraph Rd., Suite 2440, Southfield, MI 48034

Tammy L. Terry, Chapter 13 Trustee, 535 Griswold, Suite 2100, Detroit, MI 48226

Date: 8/27/2020

/s/ Morris B. Lefkowitz
Morris B. Lefkowitz (P31335)
29777 Telegraph Rd., Ste 2440
Southfield, MI 48034
(248) 559-0180
morrie@lefkowitzlawgroup.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Keith M. Pearson    CASE NO:18-50444-mlo
JUDGE: OXHOLM
CHAPTER: 13

_____/

**PROOF OF SERVICE**

I, Morris B. Lefkowitz, hereby swear under penalty of perjury that on the date indicated below, I served copies of:
   1.**POST CONFIRMATION MODIFICATION OF THE CHAPTER 13 PLAN**
upon the following parties by first class mail:   SEE ATTACHED PACER MATRIX


Dated: 8-27-20         /s/ Morris B. Lefkowitz
                       Morris B. Lefkowitz (P31335)
                       29777 Telegraph Rd, Ste 2440
                       Southfield, MI 48034
                       (248) 559-0180
                       morrie@lefkowitzlawgroup.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 18-50444-mlo<br>Eastern District of Michigan<br>Detroit<br>Thu Aug 27 17:35:31 EDT 2020 | Heather R. Burnard<br>31440 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-5422 | Capital One Auto Finance<br>3905 North Dallas Parkway<br>Plano, TX 75093-7892 |
| Capital One Auto Finance, a division of Capi<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 | City of Detroit<br>Finance Department<br>644 C.A.Y.M.C Bldg<br>2 Woodward Ave.<br>Detroit, MI 48226-3437 |
| Department of Treasury<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Detroit Bio Medical Labroratories<br>23955 Freeway Park Drive<br>Farmington, MI 48335-2817 | Fay Servicing<br>PO Box 88009<br>Chicago, IL 60680-1009 |
| Fay Servicing, LLC<br>Bankruptcy Department<br>3000 Kellway Dr., Ste 150<br>Carrollton, TX 75006-3357 | Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 | John L. Finkelmann<br>Makower Abbate Guerra Wegner Vollmer PL<br>23201 Jefferson Ave.<br>St. Clair Shores, MI 48080-1973 |
| Marcy J. Ford<br>31440 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-5422 | Moe Freedman<br>3030 W. Grand Blvd.<br>Ste. 10-200<br>Detroit, MI 48202-6030 | (p)GC SERVICES LIMITED PARTNERSHIP<br>6330 GULFTON<br>HOUSTON TX 77081-1198 |
| GLHEC & Aff obo USAF<br>PO Box 8961<br>Madison WI 53708-8961 | Genesis Credit<br>PO Box 4477<br>Beaverton, OR 97076-4401 | IC System<br>PO Box 64437<br>Saint Paul, MN 55164-0437 |
| Morris B. Lefkowitz<br>29777 Telegraph Road<br>Suite 2440<br>Southfield, MI 48034-7667 | Makower Abbate Guerra<br>Wegner Vollmer<br>23201 Jefferson Avenue<br>Saint Clair Shores, MI 48080-1973 | Michigan Department of Treasury<br>Bankruptcy Unit<br>P.O. Box 30168<br>Lansing, MI 48909<br>5 48909-7668 |
| Michigan Department of Treasury<br>Office of Collections<br>P.O. Box 30199<br>Lansing, MI 48909-7699 | Navient<br>PO Box 9635<br>Wilkes Barre, PA 18773-9635 | Oakland County Register of Deeds<br>1200 N Telegraph Rd<br>Pontiac, MI 48341-0480 |
| Keith M Pearson<br>2410 West Lafayette Blvd.<br>Unit 27<br>Detroit, MI 48216-1834 | Portfolio Recover Associates LLC<br>P.O. Box 12914<br>Norfolk, VA 23541-0914 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Potestivo & Associates, P.C.<br>251 Diversion Street<br>Rochester Hills, MI 48307-2209 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Richard Rowhouses Association<br>Makower Abbate Guerra Wegner Vollmer<br>23201 Jefferson<br>St. Clair Shores, MI 48080-1973 |

| | | |
|---|---|---|
| Richard Rowhouses Association<br>23201 Jefferson Avenue<br>Saint Clair Shores, MI 48080-1973 | Richard Rowhouses Association<br>c/o Makower Abbate Guerra Wegner Vollmer<br>23201 Jefferson Ave.<br>St. Clair Shores, MI 48080-1973 | State of Michigan Department of Treasury<br>3030 W. Grand Blvd., Ste 10-200<br>Detroit, MI 48202-6030 |
| Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226-3681 | U.S. Attorney<br>Attn:Civil Division<br>Internal Revenue Sevice<br>211 W. Fort St., Suite 2001<br>Detroit, MI 48226-3220 | Wilmington Savings Fund Society<br>Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 |
| Wilminton Savings Fund Society, FSB<br>dba Christiana Trust<br>500 Delaware Avenue<br>Wilmington, DE 19801-1490 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| GC Services Limited Partnership<br>Collection Agency Division<br>6330 Gulfton<br>Houston, TX 77081 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Wilmington Savings Fund Society, FSB | End of Label Matrix<br>Mailable recipients   36<br>Bypassed recipients    1<br>Total                 37 |